IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| Estdate of Fatima Alqadi, etc. | ) | Case No: **17 C 1721** |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Franciscan Alliance, Inc. et al | ) | |

**ORDER**

Plaintiff's motion [13] for voluntary dismissal of this cause without prejudice and without costs is granted. All defendants which were named in 17 C 1721 are now considered to be defendants in 17 C 1309.
Status hearing date of 5/31/2017 is stricken.

Date: April 12, 2017

ROBERT W. GETTLEMAN